# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADOLFO CARRILLO,

    Petitioner

    v.                                                                                          87-cv-2664

CHARLES ZIMMERMAN, et al.,

    Defendant.

## ORDER

    **AND NOW** this 11th day of August, 2014, it is **HEREBY ORDERED** that, upon consideration of the petitioner's "Motion to Vacate Order Denying Habeas Corpus Relief Pursuant to Fed. R. Civ. Proc. 60(b)(3)(6) Pursuant to the New Rule of the U.S. Supreme Court in *Greg McQuiggin v. Floyd Perkins*, 133 S. Ct. 1924 (2013)," (Document No. 20) filed on or about January 29, 2014, the defendant's response thereto, and the petitioner's traverse, the petitioner's motion is **DENIED**.

                                                                                      s/William H. Yohn Jr.
                                                                                      William H. Yohn Jr., Judge.